NUMBER 13-07-021-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________


TRANSLUB, S.A. DE C.V., Appellant,


v.



ALMA L. RODRIGUEZ, ET AL., Appellees.

___________________________________________________________________


On appeal from the 107th District Court 


of Cameron County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam




 Appellant, TRANSLUB, S.A. DE C.V., perfected an appeal from a judgment entered
by the 107th District Court of Cameron County, Texas, in cause number 2004-03-1660-A. 
 After the record was filed, the parties filed a joint motion to reverse and remand without
reference to the merits and in aid of settlement. In the motion, the parties state that they
have reached a compromise settlement agreement in this matter. Pursuant to the terms
of the agreement, the judgment must be vacated without reference to the merits and the
case remanded to the trial court for entry of an agreed order of dismissal with prejudice,
with costs taxed to the party incurring same.

 The Court, having examined and fully considered the documents on file and the
parties' joint motion, is of the opinion that the motion should be granted. The joint motion
is granted, and the judgment of the trial court is hereby REVERSED, and the cause is
REMANDED to the trial court in accordance with the parties' settlement agreement. 

 PER CURIAM


Memorandum Opinion delivered and filed this

the 10th day of May, 2007.